# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>v.<br>REMI E. DICKERSON (aka) REMI HOWARD-DICKERSON<br><br>Defendant(s) | CV12-9784<br><br>**PROOF OF SERVICE -**<br>**SUMMONS AND COMPLAINT**<br><br>(Use separate proof of service for each person/party served.) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):
   SUMMONS AND COMPLAINT AND CERTIFICATION RE INTERESTED PARTIES; CIVIL COVER SHEETS

2. **Person served:**
   a. [X] Defendant (*name*):   REMI E. DICKERSON (aka) REMI HOWARD-DICKERSON

   b. [ ] Other (*specify name and title or relationship to the party/business named*):

   c. [X] Address where papers were served:   ˀ PASADENA, CA

3. **Manner of Service** in compliance with (*the appropriate box must be checked*):
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. **Papers were served on** (*date*):   11/24/12   at (*time*):   02:40 PM

   b. [ ] By **Substituted Service.** By leaving copies:

   1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. [ ] **Papers were served on** (*date*):

   4. [ ] **by mailing** (*by first-class mail, postage prepaid*) copies to the person served in item 2(b) at the place where the copies were left in item 2(c)

   5. [ ] **papers were mailed** on (*date*):

   6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to ther person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorzied by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and therefore by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach signed return receipt or other evidence of actual receipt by the persons served).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.C.P 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service:  *(date)*:                       at *(time)*:

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the office, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   B. ARELLANO           Registration No.: 1790
   16700 Valley View Ave., Suite 440
   La Mirada, CA 90638
   (800) 225-5337

   a. Fee for service: $ 59.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/09/2013

(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

CDCS NO: CDCS734-735

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REMI E. DICKERSON (aka) REMI HOWARD-DICKERSON

        Defendant(s).

COURT NO: CV12 9784

**SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT(S)**, You are hereby summoned and required to file with the court and serve upon

    Plaintiff's attorney whose address is:

    GOLDSMITH & HULL, A P.C.
    16933 PARTHENIA STREET #110
    NORTHRIDGE, CA 91343

an answer to the complaint which is herewith served upon you within 21 days after service of this summons upon you, exclusive of day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Date: NOV 15 2012

TERRY NAFISI, CLERK

BY: _____
    Deputy Clerk

(SEAL OF THE COURT)

**SUMMONS**