```
1  GOLDSMITH & HULL, A P.C.  File No. CDCS734/CDCS735
   William I. Goldsmith   (SBN 82183)
2  Jack D. Hull           (SBN 91879)
   Howard D. Myers        (SBN 41811)
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Telephone:  (818) 990-6600
   Facsimile:  (818) 990-6140
5  govdept1@goldsmithcalaw.com
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorney For Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CASE NO. ACV12-09784 |
| Plaintiff, | |
| v. | **ORDER OF STAY OF PROCEEDINGS** [Proposed] |
| REMI E. DICKERSON (aka) REMI HOWARD-DICKERSON | |
| Defendant. | |

IT IS SO ORDERED:

That Plaintiff's Request for Stay of Proceedings is granted. This Case is stayed until Bankruptcy case is completed..

Dated: 3/18/13

~~AUDREY B. COLLINS~~, CHIEF JUDGE
UNITED STATES DISTRICT COURT JUDGE
GEORGE H. KING